_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　CHAPTER 13 PROCEEDING
　LASHARIO ANN PORTER　　　　　　　　　　　　　　　23-50227 KMS
　EDMUND ALEXANDER BOOSE
　205 S 4th St　　　　　　　　　　　　　　　　　　　　SSN:  XXX-XX-5115
　Apt B
　Lumberton, MS  39455

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

　　DOMINO'S
　　ATTEN: PAYROLL
　　18252 ROBINWOOD DR
　　SAUCIER, MS  39574

was required to pay debtor's earnings or a portion thereof to:

　　DAVID RAWLINGS, TRUSTEE
　　LOCK P.O. BOX 871
　　HATTIESBURG, MS  39403
　　(601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net